**VERDICT NO. 1**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
MAR 27 2024

We, the jury, find Muhammad Arif

By: _____
TAMMY H. DOWNS
DEPUTY CLERK
IN OPEN COURT

_____ not guilty          __X__ guilty

of sex trafficking of a child, as charged in the Indictment.

_____        3/27/24      15:22
Foreperson                    Date/Time

Verdict                                              4:20-cr-35-DPM
27 March 2024                                  USA v. Muhammad Arif