IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:20-cr-35-DPM

MUHAMMAD ARIF                                                        DEFENDANT

## JUDGMENT

The Court directs a judgment of acquittal. Arif is discharged.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2024